1  Kresta Nora Daly, SBN 199689
   **BARTH TOZER & DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@btdlegal.com

5  Attorneys for Defendant
   DANIEL BONNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00210-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | Date:  July 9, 2013 |
| DANIEL BONNETT, | Time.  9:45 a.m. |
| Defendant. | Judge: Judge John A. Mendez |

## STIPULATION

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris Assistant United States Attorney, and defendant, Daniel Bonnett, through his counsel, Kresta Nora Daly, that the status conference set for July 9, 2013 be vacated.  The parties request a new status conference for August 13, 2013 at 9:45 a.m.

Defense counsel recently substituted into this case and requires additional time to consult with her client.  This process is complicated by the fact that defense counsel is currently preparing for trial in another case – the defense estimates that trial will last at least one month. Defense counsel expects to be in trial on July 9, 2013.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

1

Dated: June 26, 2013        Respectfully submitted,

BARTH TOZER & DALY LLP

By      /s/ Kresta Nora Daly
        KRESTA NORA DALY
        Attorneys for DANIEL BONNETT

Dated: June 26, 2013        By      /s/ Kresta Nora Daly for
                                    MATTHEW G. MORRIS
                                    Assistant United States Attorney

## **ORDER**

For the reasons stipulated by the parties, the status conference of July 9, 2013 is vacated. A status conference will be reset for August 13, 2013. The Court finds excludable time through August 13, 2013 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: 6/27/2013

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2
STIPULATION AND [PROPOSED] ORDER                                    [Case No. 2:13-CR-00210-JAM]