Christopher F. Morales (SBN 153152)
Attorney at Law
1 Daniel Burnham Ct, Ste 240C
San Francisco, CA 94109
Telephone: (415) 552-1215
Fax: (415) 674-7643
Email: cmoral@aol.com

Attorney for DANIEL L. BONNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                      Plaintiff,                )<br>                                                              )<br>          vs.                                        )<br>                                                              )<br>DANIEL L. BONNETT,                       )<br>                                                              )<br>                      Defendant           ) | Case No.: 13-CR-00210 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

  Defendant, DANIEL L. BONNETT, represented by Christopher F. Morales, Esquire, and the government, represented by Matthew G. Morris, Assistant United States Attorney, hereby stipulate that, subject to the Court's approval, the status conference in the above-captioned matter, presently scheduled for Tuesday, November 5, 2013, at 9:45 a.m., be continued two months to Tuesday, January 7, 2014, at 9:45 a.m.  Defendant and the government hereby agree and stipulate to exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8(B).

  This continuance is necessary because defense counsel was recently retained by Defendant and needs reasonable time for effective investigation and preparation of his defense. Further, defense counsel has a conflicting jury trial in the Northern District of California,

1
STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUDING TIME
13-CR-00210 JAM

1  presided over by the Honorable Charles R. Breyer, scheduled to begin on Tuesday, November 5,
2  2013 at 9:00 a.m.

4  DATED: 10/1/2013                                                Respectfully submitted,

6                                                                          _____/s/_____
7                                                                          CHRISTOPHER MORALES
                                                                           Attorney for Daniel L. Bonnett

8  SO STIPULATED.

9
10 DATED: 10/1/2013                                                BENJAMIN B. WAGNER
                                                                           United States Attorney

12                                                                         ____/s/ with permission_____
                                                                           MATTHEW G. MORRIS
                                                                           Assistant United States Attorney

ORDER

The above Stipulation and Order Continuing Status Conference and Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in the above paragraphs are adopted as findings by the Court.  IT IS HEREBY ORDERED that the status conference scheduled for November 5, 2013 at 9:45 a.m. is continued to January 7, 2014 at 9:45 a.m.

Further, the period of time from November 5, 2013 to and including January 7, 2014, constitutes a period of delay which shall be excluded in computing time within which the trial in this case must commence pursuant to that the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8(B).

DATED:  10/3/2013                                                 /s/ John A. Mendez_____
                                                                           JOHN A. MENDEZ
                                                                           United States District Court Judge

2
STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUDING TIME
13-CR-00210 JAM