Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANIEL BONNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00210-JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE COMPTENCY EVALUATION OF DEFENDANT** |
| DANIEL BONNETT, | |
| Defendant. | |

**STIPULATION**

Counsel for Daniel Lee Bonnett, Kresta Nora Daly, presently declares a doubt that defendant Mr. Bonnett is competent to aid in preparation for trial or otherwise assist in the preparation of his defense.

A defendant is mentally incompetent to stand trial if he suffers from a mental disease or defect which impairs his (1) "sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding" or (2) leaves him lacking a "rational as well as factual understanding" of both the charges against him and the nature of the judicial proceedings. (*Dusky v. United States,* 362 U.S. 402, 402 (1960).)

Defense counsel does not believe Mr. Bonnett possesses sufficient present ability to rationally consult with counsel.

If a bona fide doubt about a defendant's mental competency exists, the District Court must

1

1  hold a competency hearing.  The first step is to order a competency evaluation.  In doing so, the
2  court has two options.  It may order that the competency evaluation be done locally (i.e., in or
3  near the city in which the court sits) and appoint one or more local mental health professionals to
4  conduct a mental competency evaluation.  Alternatively the court may commit the defendant to
5  custody for the evaluation to be conducted in an appropriate facility closest to the court.  (18
6  U.S.C. §§ 4241(b), 4247(b).)

7  The Assistant United States Attorney, Matthew Morris, has been informed of defense
8  counsel's concerns.  Mr. Morris agrees under the circumstances it is appropriate for this Court to
9  order a competency evaluation.

10  The parties stipulate time is excluded pursuant to 18 USC §4244 as well as Local Code A
11  from the date of this order until the return of the competency evaluation and a hearing on the
12  same is held.

13  Dated:  January 23, 2014        Respectfully submitted,

14
15                                                     BARTH TOZER & DALY LLP

16                                                     By    /s/ Kresta Nora Daly
17                                                           KRESTA NORA DALY
                                                             Attorneys for DANIEL BONNETT
18

19  Dated:  January 23, 2014        By    /s/ Kresta Nora Daly for
20                                        MATTHEW G. MORRIS
                                          Assistant United States Attorney

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

- 2 -

**ORDER**

Good cause appearing this court orders Mr. Bonnett be committed pursuant to 18 USC §4247 for a competency evaluation.  This court further orders time excluded pursuant to 18 USC §4244 and Local Code A from the date of this order until such time as a professional competency evaluation is prepared and a hearing may be held regarding the same.

**IT IS SO ORDERED.**

Dated:  January 24, 2014        /s/ John A. Mendez

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE