Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANIEL BONNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DANIEL BONNETT,<br><br>         Defendant. | Case No. 2:13-CR-00210-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:   March 18, 2014<br>Time.   9:45 a.m.<br>Judge:  Judge John A. Mendez |

## **STIPULATION**

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris Assistant United States Attorney, and defendant, Daniel Bonnett, through his counsel, Kresta Nora Daly, that the status conference set for March 18, 2014 be vacated.  The parties request a new status conference for April 29, 2014 at 9:45 a.m.

On January 24, 2014 this Court signed an order committing Mr. Bonnett for an evaluation of his mental competency.

The parties stipulate time is excluded pursuant to 18 USC §4244 as well as Local Code A from the date of this order until the return of the competency evaluation and a hearing on the same is held.

///

///

1

Dated: March 5, 2014    Respectfully submitted,

BARTH DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for DANIEL BONNETT

Dated: March 5, 2014    By  /s/ Kresta Nora Daly for
                            MATTHEW G. MORRIS
                            Assistant United States Attorney

## ORDER

For the reasons stipulated by the parties, the status conference of March 18, 2014 is vacated. A status conference will be reset for April 29, 2014. The Court finds excludable time through April 29, 2014 pursuant to 18 USC §4244 as well as Local Code A from the date of this order until the return of the competency evaluation and a hearing on the same is held.

**IT IS SO ORDERED.**

Dated: 3/6/2014

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE