BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00210-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| DANIEL LEE BONNETT, | DATE: April 29, 2014
TIME: 9:45 a.m.
COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status and competency hearing on April 29, 2014.

2. By this stipulation, defendant now moves to continue the status conference and competency hearing until May 27, 2014, and to exclude time between April 29, 2014, and May 27, 2014, under Local Code A.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery in this case has been either produced directly to counsel and/or made available for inspection and copying.

    b) On January 24, 2014, the Court ordered the defendant to undergo an evaluation

under 18 U.S.C. § 4241.  The report of that evaluation was received by the Court this morning, and has been forwarded to the parties.  As of April 24, 2014, the Bureau of Prisons online inmate locator indicates that the defendant remains in custody at the Los Angeles Metropolitan Detention Center, the location of the BOP staff members who were conducting the evaluation.

        c)        The defendant and the government agree that a continuance to May 27, 2014, is necessary to allow time for the Court and parties to review the evaluation report and prepare for any potential hearing on the results, as well as to allow for the transportation of the defendant from Los Angeles to Sacramento for that hearing.

        d)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 29, 2014 to May 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(A), [Local Code A] because it is a delay resulting from any proceeding, including examinations, to determine the competency of the defendant.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 24, 2014                                             BENJAMIN B. WAGNER
                                                                     United States Attorney

                                                                     /s/ MATTHEW G. MORRIS
                                                                     MATTHEW G. MORRIS
                                                                      Assistant United States Attorney

Dated:  April 24, 2014                                             /s/ Kresta Daly (auth by email 4/23/14)
                                                                     KRESTA DALY
                                                                     Counsel for Defendant
                                                                     Daniel Lee Bonnett

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this <u>24 </u>day of <u>April</u>, 2014.

<u>　　/s/ John A. Mendez　　　　　　　　　　</u>
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE