BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-210-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO PRODUCE RECORDINGS OF THE DEFENDANT |
| v. | |
| DANIEL LEE BONNETT, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On January 24, 2014, the Court ordered the defendant to undergo an evaluation under 18 U.S.C. § 4241. For purposes of the evaluation, the defendant was in the custody of the Metropolitan Detention Center (MDC) in Los Angeles, where his inmate identification number was 70310097.

2. The report of that evaluation was received by the Court on April 24, 2014.

3. The report references phone calls made by the defendant during his detention at the Sacramento County Jail and at the MDC.

4. The MDC is a facility of the United States Department of Justice, Bureau of Prisons.

5. For the purpose of considering the report and recommendation by the BOP psychiatric staff, the parties would like to listen to the phone calls made by the defendant from the Sacramento County

STIPULATION AND PROPOSED ORDER         1

1 Jail and from the MDC.

2     6. The Sacramento County Jail has provided the defendant's phone calls to the government, and those calls have been provided by the government to the defense in the form of a compact disc Bates-stamped Bonnett_115.

    7. The MDC has informed the government that the defendant's phone calls from that facility are preserved, but can be provided to the government only in response to a court order.

    8. The parties jointly request that the Court order the MDC to produce to the government any preserved recorded phone calls made by the defendant during his detention in that facility, and for the government to then produce the recordings to the defense.

    9. The government has received an email address for the custodian of records for the MDC, and will serve the order on the MDC by way of that email.

Dated:  June 10, 2014                  BENJAMIN B. WAGNER
United States Attorney

By: /s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated:  June 10, 2014                  By: /s/ KRESTA N. DALY
KRESTA N. DALY
Attorney for Daniel Lee Bonnett

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DANIEL LEE BONNETT,<br><br>        Defendants. | CASE NO.  2:13-CR-210-JAM<br><br>ORDER TO PRODUCE RECORDINGS OF THE DEFENDANT |

1. On January 24, 2014, the Court ordered the defendant, DANIEL LEE BONNETT, to undergo an evaluation under 18 U.S.C. § 4241.

2. The defendant was transported to the United States Department of Justice Bureau of Prisons, Metropolitan Detention Center (MDC), in Los Angeles, California.

3. The defendant's inmate number while in custody at the MDC was 70310097.

**ORDER**:

The custodian of records, Metropolitan Detention Center, is ordered to produce any preserved recorded phone calls made by the defendant, DANIEL LEE BONNETT, inmate 70310097, during his detention in that facility between January 24, 2014, and April 24, 2014.

The custodian of records is further ordered to send the recordings to the following address:

    OFFICE OF THE UNITED STATES ATTORNEY

    ATTN: AUSA MATTHEW G. MORRIS

    501 I STREET, SUITE 10-100

    SACRAMENTO, CA 95814

\\\

\\\

\\\

\\\

1  Upon receipt of the records produced pursuant to this order, the United States is ordered to
2  produce those records to the defense in discovery.

4  IT IS SO FOUND AND ORDERED this 11th day of June, 2014.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE