1 | Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2 | 431 "I" Street, Suite 201
Sacramento, California 95814
3 | Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
4 | Email:  kdaly@barth-daly.com

5 | Attorneys for Defendant
DANIEL BONNETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00210-JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | Date:   January 20, 2015 |
| DANIEL BONNETT, | Time.   9:45 a.m. |
| Defendant. | Judge: Judge John A. Mendez |

### STIPULATION

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris Assistant United States Attorney, and defendant, Daniel Bonnett, through his counsel, Kresta Nora Daly, that the status conference set for December 16, 2014 be vacated.  The parties request a new status conference for January 20, 2015 at 9:30 a.m.

The parties stipulate time is excluded pursuant to 18 USC § 4244 as well as Local Code T4.

///

///

///

///

{00014671}

STIPULATION AND [PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　[Case No. 2:13-CR-00210-JAM]

| | | |
|---|---|---|
| Dated:  December 15, 2014 | Respectfully submitted, | |
| | BARTH DALY LLP | |
| | By   /s/ Kresta Nora Daly<br>KRESTA NORA DALY<br>Attorneys for DANIEL BONNETT | |
| Dated:  December 15, 2014 | By   /s/ Kresta Nora Daly for<br>MATTHEW G. MORRIS<br>Assistant United States Attorney | |

**ORDER**

For the reasons stipulated by the parties, the status conference of December 15, 2014 is vacated.  A status conference will be reset for January 20, 2015 at 9:30 a.m.  The Court finds excludable time through January 20, 2015 pursuant to 18 USC § 4244 as well as Local Code T4 from the date of this order until the return of the competency evaluation and a hearing on the same is held.

**IT IS SO ORDERED.**

Dated: 12/15/2014

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE