Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANIEL BONNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DANIEL BONNETT,<br><br>　　　　　Defendant. | Case No. 2:13-CR-00210-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:　July 7, 2015<br>Time.　9:45 a.m.<br>Judge: Judge John A. Mendez |

### STIPULATION

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris Assistant United States Attorney, and defendant, Daniel Bonnett, through his counsel, Kresta Nora Daly, that sentencing set for July 7, 2015 be vacated.  The parties request a new sentencing for September 1, 2015.

Probation has been informed of the requested dates and has no objections.

The parties stipulate that the following will be the new schedule for the filing of objections to the Presentence Report:

1. The Presentence report has been disclosed to counsel.

2. Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and Opposing Counsel no later than August 4, 2015.

3. The Presentence Report shall be filed with the Court and disclosed to Counsel no later

1 than August 11, 2015.

2    4.   Motion for correction of the Presentence Report shall be filed with the Court and
3 Served on the Probation Officer and Opposing Counsel no later than August 18, 2015.

4    5.   Any replies or statements of non-opposition shall be filed with the Court and served
5 on the Probation Officer and Opposing Counsel no later than August 25, 2015.

6 Dated: June 1, 2015         Respectfully submitted,

7                                   BARTH DALY LLP

8

9                                   By   /s/ Kresta Nora Daly
                                      KRESTA NORA DALY
10                                       Attorneys for DANIEL BONNETT

11 Dated: June 1, 2015         By   /s/ Kresta Nora Daly for
                                        MATTHEW G. MORRIS
12                                       Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ORDER**

The sentencing date of July 7, 2015 is vacated. The new sentencing date will be September 1, 2015. The Disclosure Schedule is re-set as follows:

1. The Presentence Report has been disclosed to counsel.
2. Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and Opposing Counsel no later than August 4, 2015.
3. The Presentence Report shall be filed with the Court and disclosed to Counsel no later than August 11, 2015.
4. Motion for correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than August 18, 2015.
5. Any replies or statements of non-opposition shall be filed with the Court and served on Opposing Counsel no later than August 25, 2015.

**IT IS SO ORDERED.**

Dated: June 4, 2015

/s/ JOHN A. MENDEZ
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE