Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANIEL BONNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DANIEL BONNETT,<br><br>   Defendant. | Case No. 2:13-CR-00210-JAM<br><br>**STIPULATION AND ORDER**<br><br>Date:   September 1, 2015<br>Time:  9:45 a.m.<br>Judge: Judge John A. Mendez |

## STIPULATION

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris Assistant United States Attorney, and defendant, Daniel Bonnett, through his counsel, Kresta Nora Daly, that sentencing set for September 1, 2015 be vacated.  The parties request a new sentencing for October 13, 2015 at 9:15 a.m.

Probation has been informed of the requested dates and has no objections.

The parties stipulate that the following will be the new schedule for the filing of objections to the Presentence Report:

1. The Presentence report has been disclosed to counsel.

2. Counsel's written objections to the Presentence Report have been delivered to Probation.

3. The Presentence Report has been filed with the Court and disclosed.

4.   Motion for correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and Opposing Counsel no later than September 29, 2015.

5.   Any replies or statements of non-opposition shall be filed with the Court and served on the Probation Officer and Opposing Counsel no later than October 6, 2015.

Dated:  August 18, 2015         Respectfully submitted,

BARTH DALY LLP

By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for DANIEL BONNETT

Dated:  August 18, 2015         By   /s/ Kresta Nora Daly for
                                     MATTHEW G. MORRIS
                                     Assistant United States Attorney

# ORDER

The sentencing date of September 1, 2015 is vacated. The new sentencing date will be October 13, 2015 at 9:15 a.m. The Disclosure Schedule is re-set as follows:

1. The Presentence Report has been disclosed to counsel.
2. Counsel's written objections to the Presentence Report have been served.
3. The Presentence Report has been filed with the Court and disclosed to Counsel.
4. Motion for correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than September 29, 2015.
5. Any replies or statements of non-opposition shall be filed with the Court and served on Opposing Counsel no later than October 6, 2015.

**IT IS SO ORDERED.**

Dated: 8/18/2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE