Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
DANIEL BONNETT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DANIEL BONNETT,<br><br>            Defendant. | Case No. 2:13-CR-00210-JAM<br><br>**STIPULATION AND ORDER**<br><br>Date:  January 26, 2015<br>Time.  9:15 a.m.<br>Judge: Judge John A. Mendez |

### STIPULATION

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris Assistant United States Attorney, and defendant, Daniel Bonnett, through his counsel, Kresta Nora Daly, that the restitution hearing currently set for January 26, 2016 be vacated.  The parties request a new restitution hearing for April 26, 2016 at 9:15 a.m.

Counsel for Mr. Bonnett requires additional time to prepare the brief pertaining to restitution in this matter.  Defense counsel is currently scheduled to begin trial in the above captioned court, in case 2:11-cr-00210-JAM on February 8, 2016 and will be unable to devote sufficient time and attention to this matter until such time as that matter concludes.

Mr. Bonnett will file his brief regarding restitution issues no later than March 15, 2016.

The government's response will be due no later than April 5, 2016.

Mr. Bonnett's reply will be filed no later than April 19, 2016.

{00017999}

1

STIPULATION AND [PROPOSED] ORDER                                          [Case No. 2:13-CR-00210-JAM]

Dated: January 21, 2016      Respectfully submitted,

BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for DANIEL BONNETT

Dated: January 21, 2016      By /s/ Kresta Nora Daly for
MATTHEW G. MORRIS
Assistant United States Attorney

**ORDER**

For the reasons stipulated by the parties, the restitution hearing of January 26, 2016 is vacated. A new restitution hearing is set for April 26, 2016 at 9:15 a.m. The following briefing schedule is adopted:

Mr. Bonnett will file his brief regarding restitution issues no later than March 15, 2016.

The government's response will be due no later than April 5, 2016.

Mr. Bonnett's reply will be filed no later than April 19, 2016.

**IT IS SO ORDERED.**

Dated: 1/21/2016

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE