BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL L. BONNETT,<br><br>　　　　Defendant. | 2:13-CR-00210-JAM<br><br>FINAL ORDER OF FORFEITURE |

　　WHEREAS, on or about May 5, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon Daniel L. Bonnett's entry of a guilty plea and agreement to forfeit his interest in the following property to the United States:

　　　　a.　Presario Laptop Computer W044BATW;
　　　　b.　Compaq Laptop Computer WX91A30F5620;
　　　　c.　WD External Hard Drive WX41A31L4335; and
　　　　d.　Aspire One Laptop LUS050B228911198292547.

　　AND WHEREAS, beginning on May 14, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

　　AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Daniel L. Bonnett. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 27th day of January, 2016.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

2

Final Order of Forfeiture