Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANIEL BONNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL BONNETT,<br><br>　　　　Defendant. | Case No. 2:13-CR-00210-JAM<br><br>**STIPULATION AND PROTECTIVE ORDER CONCERNING DEFENSE EXAMINATION AND ANALYSIS OF DIGITAL MEDIA CONTAINING CHILD PORNOGRAPHY**<br><br>Judge: Honorable John A. Mendez |

　　　　The United States of America, through its counsel Matthew Morris Assistant United States Attorney, and defendant, Daniel Bonnett, through his counsel, Kresta Nora Daly, stipulate to the issuance of the attached [Proposed] Protective Order which would permit a defense expert to inspect and analyze the contents of the hard drive and attendant storage media connected with the computer seized from Mr. Bonnett pursuant to a search warrant on February 14, 2013.

　　　　Mr. Bonnett's computers and hard drive were seized by Special Agent Ryan Vazquez of the Department of Homeland Security.  The computers are in the custody of the Department of Homeland Security.  The government contends that the computer hard drives and/or attendant storage media contain specific images of child pornography.  Marcus Lawson is the President of Global CompuSearch, LLP and an expert in the investigation of digital evidence.  To assist in the investigation of the case and pursuant to the Court's authorization, counsel for Mr. Bonnett have retained the services of Mr. Lawson and Global CompuSearch to examine and analyze the digital

{00018269}　　　　　　　　　　　　　　　　　　　　1

1  information contained on the hard drive and attendant storage media of Mr. Bonnett's computers.
2  To facilitate that examination it will be necessary for the government to create a duplicate copy of
3  the hard drive and provide a private location in which Mr. Lawson, or one of the other experts
4  employed by Global CompuSearch, can conduct the examination.
5      Therefore, the government and Mr. Bonnett stipulate to the issuance of the [Proposed]
6  Protective Order.

7  Dated:  March 2, 2016           Respectfully submitted,

8                                    BARTH DALY LLP

10                                 By    /s/ Kresta Nora Daly
                                    KRESTA NORA DALY
11                                     Attorneys for DANIEL BONNETT

13 Dated:  March 2, 2016           By    /s/ Kresta Nora Daly for
                                        MATTHEW MORRIS
14                                         Assistant United States Attorney

17 **PROTECTIVE ORDER**

18     GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:
19     1.    The United States Department of Homeland Security shall make a duplicate copy
20 of the hard drive and any attendant storage media of the computer seized on February 14, 2013,
21 from Daniel Bonnett by SA Ryan Vazquez.
22     2.    The duplicate copies of the hard drive and storage media shall be made available
23 to Marcus Lawson, or another computer forensic expert employed by Global CompuSearch, for
24 the purpose of conducting an examination and analysis of digital evidence to assist counsel in the
25 defense of Mr. Bonnett.  The images on the hard drive and storage media shall not be viewed by
26 any other person unless defense counsel is present and the viewing is necessary to prepare for
27 defendant's defense.
28     3.    The digital evidence may be viewed only at the offices of the Department of

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1  Homeland Security by defense counsel, Matthew Morris, Marcus Lawson, or another computer
2  forensic expert employed by Global CompuSearch.

3      4.    A private location will be provided for the defense examination of the duplicate
4  hard drive and/or any attendant storage media;

5      5.    The expert will be permitted to bring whatever equipment, books or records, he or
6  she believes necessary to conduct the examination.

7      6.    Neither the defense expert nor defense attorney shall remove the hard drive or
8  other storage media from the offices of the Department of Homeland Security.

9      7.    With the exception of materials which would be considered child pornography
10 under federal law (including visual images and data capable of conversion into a visual image),
11 the expert may download and remove files or portions of files, provided the forensic integrity of
12 the hard drive is not altered.

13     8.    When the examination of the duplicate hard drive and/or any attendant storage
14 media is completed the expert shall certify in writing, using the attached certification, that he or
15 she has taken no materials which would be considered child pornography under federal law and
16 that he or she has not caused any child pornography to be sent off site.

17     9.    Except when a defense expert or attorney fails to provide this certification, no
18 Government official or any person connected with the Government, will examine or acquire in
19 any fashion any of the items used by the expert in order to conduct the defense analyses.

20     10.    However, should a defense expert fail to certify that the items to be taken off site
21 do not contain child pornography, Government officials may then inspect or examine the
22 materials in order to ensure that prohibited child pornography has not been removed.

23     11.    When the defense indicates that it is finished with its review of the copy of the
24 hard drives, said drives shall be "wiped" clean and promptly returned to defendant's proposed
25 expert who originally provided the drives for the purpose of this examination.

26     12.    Any disputes regarding the above or problems implementing this order shall be
27 brought to the attention of the Court through representative counsel after first consulting opposing
28 counsel.

**IT IS SO ORDERED.**

Dated: 3/3/2016

                        /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

## **CERTIFICATION**

I, _____, certify that I have not removed from the Office of Homeland Security any materials considered to be child pornography or data capable of being converted into child pornography, and that I have not caused any such materials or data to be transmitted by any means, including the electronic transfer of files, from the Office of Homeland Security.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California this ____ day of _____, 2016.

_____
(Printed Name)