Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANIEL BONNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL BONNETT,<br><br>　　　　　Defendant. | Case No. 2:13-CR-00210-JAM<br><br>**STIPULATION AND ORDER** |

## STIPULATION

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris Assistant United States Attorney, and defendant, Daniel Bonnett, through his counsel, Kresta Nora Daly, that the restitution hearing currently set for June 7, 2016 be vacated. The parties request a new restitution hearing for August 2, 2016 at 9:15 a.m.

Defense counsel raised numerous issues relating the government's ability to prove the identity of the victims and whether or not the government can prove Mr. Bonnett viewed images of these specific individuals.  The parties are attempting to resolve as many of these issues as possible in order to narrow the scope of the restitution hearing.  The government is reviewing evidence and is in the process of responding to defense counsel's request.  As a result the parties are not prepared to proceed on June 7, 2016.

///

Dated: May 25, 2016          Respectfully submitted,

                             BARTH DALY LLP


                             By    /s/ Kresta Nora Daly
                                   KRESTA NORA DALY
                                   Attorneys for DANIEL BONNETT



Dated: May 25, 2016          By    /s/ Kresta Nora Daly for
                                   MATTHEW G. MORRIS
                                   Assistant United States Attorney



## **ORDER**

For the reasons stipulated by the parties, the restitution hearing of June 7, 2016 is vacated and reset for August 2, 2016 at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: 5/26/2016

                             /s/ John A. Mendez
                             HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE