Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DANIEL BONNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL BONNETT,<br><br>　　　　Defendant. | Case No. 2:13-CR-00210-JAM<br><br>**STIPULATION AND ORDER** |

## STIPULATION

It is hereby stipulated and agreed to between the United States of America through Matthew G. Morris Assistant United States Attorney, and defendant, Daniel Bonnett, through his counsel, Kresta Nora Daly, that the restitution hearing currently set for August 2, 2016 be vacated.  The parties request a new restitution hearing for September 27, 2016 at 9:15 a.m.

Previously defense counsel raised numerous issues relating the government's ability to prove the identity of the victims and whether or not the government can prove Mr. Bonnett viewed images of these specific individuals.  The parties engaged in certain investigation related to these issues.  The parties are now actively involved in negotiations and hopeful restitution can be resolved without a hearing.

The parties agree if a hearing is necessary they have sufficient time to file briefing prior to September 27, 2016.

1  Dated: July 27, 2016        Respectfully submitted,

2                              BARTH DALY LLP

3

4                              By    /s/ Kresta Nora Daly
                                     KRESTA NORA DALY
5                                    Attorneys for DANIEL BONNETT

6

7  Dated: July 27, 2016        By    /s/ Kresta Nora Daly for
                                     MATTHEW G. MORRIS
8                                    Assistant United States Attorney

9

10

11                              **ORDER**

12     For the reasons stipulated by the parties, the restitution hearing of August 2, 2016 is

13  vacated and reset for September 27, 2016 at 9:15 a.m.

14

15          **IT IS SO ORDERED.**

16  Dated: 7/28/2016

17                              /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
18                              UNITED STATES DISTRICT COURT JUDGE