UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DANIEL L. BONNETT,<br><br>Movant. | No. 2:13-cr-0210-JAM-EFB P<br><br><br><br>ORDER |

Movant, who proceeds pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. He requests an extension of time to file a reply to the government's opposition to his motion.

Good cause appearing, it is ORDERED that movant's request (ECF No. 89) is granted and movant has another 30 days from the date this order is served to file his reply.

Dated: November 27, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE