UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DANIEL L. BONNETT,<br><br>Movant. | No. 2:13-cr-210-JAM-EFB P<br><br><br><br>ORDER |

Movant, proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On August 19, 2019, movant requested an extension of time to file his objections to the July 26, 2019 findings and recommendations.

Good cause appearing, it is ORDERED that movant's request (ECF No. 92) is granted and movant has twenty-one (21) days from the date this order is served to file his objections.

Dated: August 27, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE